IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff,

v. : Case No. 3:09-cr-109

PIERRE COLQUITT, : JUDGE WALTER H. RICE

    Defendant. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #151); OVERRULING DEFENDANT'S OBJECTIONS (DOC. #152) AND SUPPLEMENTAL OBJECTIONS (DOC. #153) THERETO; OVERRULING DEFENDANT'S "MOTION TO RECONSIDER BOND, 2255 AND PRESCEDENT" (DOC. #150); CASE TO REMAIN TERMINATED ON DOCKET

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael R. Merz, in his Report and Recommendations, Doc. #151, as well as on a thorough, *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety,[1] and OVERRULES Defendant's Objections, Doc. #152, and Supplemental Objections, Doc. #153, thereto.

---

[1] The reference to "Mr. Yarbrough" instead of "Mr. Colquitt" on the third page of the Report and Recommendations, Doc. #151, PageID#1749, is obviously a typographical error.

Magistrate Judge Merz correctly found that Defendant has failed to establish any legal basis for granting the motion for reconsideration, which the Court construes as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e).  Although Defendant obviously disagrees with the Court's application of *Strickland v. Washington*, 466 U.S. 668 (1984), to the facts of this case, he fails to show that the Court committed a clear error of law, or that manifest injustice will result if his motion is not granted.  He simply rehashes the same arguments that the Court thoroughly considered and rejected in overruling his Motion Under § 2255 to Vacate, Set Aside, or Correct Sentence.  Doc. #149.

For these reasons, the Court OVERRULES Defendant's "Motion to Reconsider Bond, 2255 and Prescedent [sic]," Doc. #150.

The above-captioned case shall remain terminated on the Court's docket.

Date: December 8, 2016

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE