# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff,    :    Case No. 3:09-cr-109

                                                  District Judge Walter Herbert Rice

    - vs -                             Magistrate Judge Michael R. Merz

PIERRE COLQUITT,

                Defendant.    :

## REPORT AND RECOMMENDATIONS ON MOTION FOR RECONSIDERATION OF MOTION TO RECONSIDER

This action pursuant to 28 U.S.C. § 2255 is before the Court on Defendant's Motion for Reconsideration on Motion to Reconsider (ECF No. 155). The Motion raises no new issues and fails to demonstrate any error in the Court's Decision and Entry (ECF No. 154). It should be summarily denied.

December 17, 2016.

                                                             s/ *Michael R. Merz*
                                                         United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 153-55 (1985).