IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,  :
    Plaintiff,
    v.  :  Case No. 3:09-cr-109
PIERRE COLQUITT,  :  JUDGE WALTER H. RICE
    Defendant.  :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS ON MOTION FOR TEMPORARY RESTRAINING ORDER (DOC. #187); OVERRULING DEFENDANT'S MOTION FOR TEMPORARY RESTRAINING ORDER (DOC. #186); CASE TO REMAIN TERMINATED ON DOCKET

---

Based on the reasoning set forth by United States Magistrate Judge Michael R. Merz in his Report and Recommendations, Doc. #187, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety, and OVERRULES Defendant's Motion for Temporary Restraining Order, Doc. #186.

The Court notes that, although Defendant was notified of his right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

The above-captioned case shall remain terminated on the Court's docket.

Date: November 14, 2017

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE