IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,          :

      Plaintiff,

      v.                          :

PIERRE O. COLQUITT,

      Defendant.                  :

Case No. 3:09-CR-109

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #249);
OVERRULING DEFENDANT'S OBJECTIONS THERETO (DOCS.
##250, 252, 253, 254) AND STRIKING DOC. #255; ORDER
PROHIBITING DEFENDANT FROM FILING ANYTHING FURTHER IN
THIS CASE WITHOUT THE PRIOR PERMISSION OF MAGISTRATE
JUDGE MICHAEL R. MERZ; CLERK DIRECTED TO REFUSE FILING
OF ANY DOCUMENT NOT SO APPROVED; ADDITIONAL
CONDITION OF SUPERVISED RELEASE SET FORTH; ADDITIONAL
FILING TO CONSTITUTE A VIOLATION OF SUPERVISED RELEASE
AND WILL RESULT, IN ADDITION TO OTHER APPROPRIATE
SANCTIONS, IN A MONETARY FINE

---

This matter is currently before the Court on Defendant's Objections, Docs.

##250, 252, 253, 254 to United States Magistrate Judge Michael R. Merz's April 5,

2019, Report and Recommendations, Doc. #249. Magistrate Judge Merz found

that Defendant had failed to show cause why he should not be sanctioned under

Fed. R. Civ. P. 11(c) for repeated frivolous filings. He recommended that

Defendant "be prohibited from filing any paper in this case without the prior

permission of the assigned Magistrate Judge and the Clerk be instructed to refuse

for filing from Colquitt any paper which has not been thus approved." Doc. #249, PageID#2750.

Defendant's Objections to the Report and Recommendations, Docs. ##250, 252, 253, 254 only provide further support for Magistrate Judge Merz's recommendations. Indeed, each of the aforementioned objections are seemingly identical, save and excepting the manner in which Defendant identifies himself and a further statement, non-relevant to the document to which he is objecting, at the bottom. [1,2,3] Defendant makes no substantive response to the Report and Recommendations. He simply requests an exorbitant amount of money, and refers to "Def. Ex. B who told the CI to meet him at 826 W. High St." The Court

---

[1] For example, Objection to the Report and Recommendations to response to Show Cause Order (Doc. #250); supplemental to Objections to Report and Recommendations to response to Show Cause Order (Doc. #252); Supplemental to Supplemental Objections to Report and Recommendations to response to Show Cause Order (Doc. #253); and Supplemental to Supplemental to Supplemental to Objections to Report and Recommendations to response to Show Cause Order (Doc. #254). This repetitive filing of supplements and supplements to supplements, etc., is not unique to this aspect of the Defendant's actions in the above-captioned case. Indeed, a review of the docket sheet reveals that this is habitual conduct on the part of the Defendant. See attached docket sheet (Doc. #131 to #255 only) and pleadings referenced herein.

[2] For example, "Lovingly Submitted by Rainmaker Pierre Orlandeyombre Colquitt Esq." (Doc. #250); "Revengefully Submitted By Rainmaker Pierre Orlandeyombre Colquitt Esq." (Doc. #252); "Honorably Submitted by Rainmaker Pierre Orlandeyombre Colquitt Esq." (Doc. #253); and "Gratefully Submitted By Rainmaker Pierre Orlandeyombre Colquitt Esq." (Doc. #254)

[3] For example, "Loving memory for my MOM DEBORAH 'QUICK' COLQUITT LEFT US 18 YEARS AGO TODAY. LOVE & MISS YOU [smiley face]" (Doc. #250); "FOR OUR FAMILIES Standing Ovation" (Doc. #252); "FAMILY OVER EVERYTHING WE ALL RELATED ANYTHING" (Doc. #253); and "FAMILY EVERYTHING" (Doc. #254).

2

OVERRULES Defendant's Objections, Docs. ##250, 252, 253, 254 as meritless, and ADOPTS the Report and Recommendations, Doc. #249, in its entirety.[4]

Pursuant to Fed. R. Civ. P. 11(c), Defendant is PROHIBITED from filing any additional paper in the above-captioned case without the prior permission of the assigned Magistrate Judge Michael R. Merz. The Clerk of Court is DIRECTED to REFUSE to accept for filing any paper which has not been so approved.

Defendant is on Supervised Release with this Court. His status with this Court, in no way, affects his right, as a member of the public, to file any non-frivolous matters with this Court, pertaining to a new lawsuit or as a part of any pending litigation.[5] However, no member of the public is allowed to abuse the process of this Court by indefinitely filing totally frivolous, non-responsive papers with this Court, taking up precious judicial time and the time of those who work in the office of the Clerk of Court. Accordingly, this Court imposes, as an additional condition of Supervised Release that he refrain from such filings in the future, with regard to the above-captioned case, without the prior permission of the Magistrate Judge Michael R. Merz. Should he attempt to do so, without the prior

---

[4]Since the initial dictation of this Decision and Entry, Defendant has filed two further documents (Docs. ##255, 256) entitled, not surprisingly, Supplemental to Supplemental to Supplemental to Supplemental to Objections to Report and Recommendations to response to Show Cause Order (Doc. #255) and Supplemental to Supplemental to Supplemental to Supplemental to Supplemental to Objections to Report and Recommendations to response to Show Cause Order (Doc. #256). Both have been ordered stricken by the Court.

[5] The captioned cause, and the Section 2255 motion filed therein, is no longer pending. Therefore, any action by Defendant, challenging any aspect of his conviction in the above-captioned case, either on direct appeal or on collateral attack, is foreclosed due to the April 8, 2019, dismissal by the Sixth Circuit Court of Appeals of his most recent appeal for want of prosecution.

permission of the Magistrate Judge, in addition to a monetary fine of $1,000, this

Court will consider such action to be a violation of his Supervised Release and

will, in addition to directing him to show cause why said violation, if proven,

should not be cause for this Court to find him in violation of Supervised Release

and to impose additional appropriate sanctions.

Date: April 12, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies To:

Laura Clemmens
Pierre Colquitt, Pro Se
Kelvin Gover
Jeff Garey
Magistrate Judge Michael R. Merz
Lisa Woodward

| 03/11/2015 | 127 | USCA OPINION re 102 Notice of Appeal - Final Judgment upholding the denial of Colquitt's motion to suppress evidence and affirming the judgment of the district court.**Note: Mandate to issue.** (sct1) (Entered: 03/12/2015) |
| 04/02/2015 | 128 | MANDATE of USCA (certified copy) as to Pierre O Colquitt re 102 Notice of Appeal - Final Judgment. (sct1) (Entered: 04/06/2015) |
| 06/19/2015 | 129 | Notice from Supreme Court of the United States. The petition for a writ of certiorari was filed on 6/8/15 and placed on the docket on 6/17/15 as case number 14-10231 as to Pierre O Colquitt. (sct) (Entered: 06/22/2015) |
| 10/07/2015 | 130 | Notice from Supreme Court of the United States. The petition for a writ of certiorari was denied on 10/6/15. (pb) (Entered: 10/07/2015) |
| 03/04/2016 | 131 | MOTION to Vacate under 28 U.S.C. 2255 by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Attachment) (ead) Civil case 3:16-cv-00076-WHR opened. (Entered: 03/04/2016) |
| 03/04/2016 | 132 | Movant's Request for Discovery by Pierre O Colquitt as to Pierre O Colquitt. (ead) (Entered: 03/04/2016) |
| 03/04/2016 | 133 | REPORT AND RECOMMENDATIONS - It is respectfully recommended that the Motion to Vacate be DENIED. Because reasonable jurists would not disagree with this conclusion, Petitioner should be denied a certificate of appealability and the Court should certify to the Sixth Circuit that any appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis. Objections to R&R due by 3/21/2016 Signed by Magistrate Judge Michael R. Merz on 3/4/2016. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 03/04/2016) |
| 03/04/2016 | 134 | ORDER DENYING DISCOVERY 132 . Signed by Magistrate Judge Michael R. Merz on 3/4/2016. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 03/04/2016) |
| 03/07/2016 | 135 | *SEALED* Sealed Document - Letter from Defendant to Judge Rice dated 2/8/16 & 2/9/16. (jdf) (Entered: 03/07/2016) |
| 03/21/2016 | 136 | MOTION Extension of Time re 133 REPORT AND RECOMMENDATIONS as to Pierre O Colquitt re 131 MOTION to Vacate under 28 U.S.C. 2255 by Pierre O Colquitt as to Pierre O Colquitt. (ead) (Entered: 03/21/2016) |
| 03/21/2016 | | Notation ORDER granting 136 Motion to extend time to object as to Pierre O Colquitt (1)to and including April 20, 2016. Signed by Magistrate Judge Michael R. Merz on 3/21/2016. (MRM) (Entered: |

| | | |
|---|---|---|
| | | 03/21/2016) |
| 03/22/2016 | 🔒 | (Court only) ***Staff Notes as to Pierre O Colquitt: 3/21/2016 Notation Order mailed to petitioner at address listed on the docket. (jg) (Entered: 03/22/2016) |
| 04/21/2016 | 137 | OBJECTION TO REPORT AND RECOMMENDATIONS 133 by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (jmb) (Additional attachment(s) added on 4/22/2016: # 4 Exhibit 1) (kpf). Modified on 4/22/2016 (kpf). (Entered: 04/21/2016) |
| 04/22/2016 | 138 | RECOMMITTAL ORDER - This case is before the Court on Petitioner's Objections (ECF No. 137 ) to the Magistrate Judge's Report and Recommendations (ECF No. 133 ). The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis as to Pierre O Colquitt Signed by Judge Walter H. Rice on 4/22/16. (pb)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 04/22/2016) |
| 04/26/2016 | 139 | SUPPLEMENTAL REPORT AND RECOMMENDATIONS - The Magistrate Judge again respectfully recommends the Motion to Vacate be dismissed with prejudice. Because reasonable jurists would not disagree with this conclusion, Petitioner should be denied a certificate of appealability and the Court should certify to the Sixth Circuit that any appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis. Objections to R&R due by 5/13/2016. Signed by Magistrate Judge Michael R. Merz on 4/26/2016. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 04/26/2016) |
| 05/16/2016 | 140 | OBJECTION TO REPORT AND RECOMMENDATIONS 139 by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Affidavit, # 2 Supplement Page 16, # 3 Exhibit) (jmb) (Entered: 05/16/2016) |
| 06/06/2016 | 141 | MOTION for Leave to Amend 2255 by Pierre O Colquitt. (jmb) (Entered: 06/06/2016) |
| 06/07/2016 | 142 | ORDER DENYING MOTION TO AMEND 141 as to Pierre O Colquitt (1). Signed by Magistrate Judge Michael R. Merz on 6/7/2016. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 06/07/2016) |

| 07/05/2016 | 143 | MOTION to be Released on Bond as to Pierre O Colquitt. (Attachments: # 1 Exhibit) (jmb) (Entered: 07/05/2016) |
| 07/05/2016 | 144 | MOTION for Reconsideration of the Previous Motion to Amend as to Pierre O Colquitt. (Attachments: # 1 Affidavit, # 2 Exhibit) (jmb) (Entered: 07/05/2016) |
| 07/06/2016 | 145 | DECISION AND ORDER - Defendant's Motion to be Released on Bond (ECF No. 143) and Defendant's Motion for Reconsideration (ECF No. 144) are DENIED. Signed by Magistrate Judge Michael R. Merz on 7/6/2016. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 07/06/2016) |
| 07/20/2016 | 146 | Letter from Pierre O. Colquitt to the court dated 6/30/2016. (jdf) (Entered: 07/20/2016) |
| 09/06/2016 | 147 | MOTION for Reconsideration re 143 MOTION to be Released on Bond by Pierre O Colquitt. (jg) (Entered: 09/06/2016) |
| 09/06/2016 | | Notation ORDER denying 147 Motion for Reconsideration as to Pierre O Colquitt (1). Signed by Magistrate Judge Michael R. Merz on 9/6/2016. (MRM) (Entered: 09/06/2016) |
| 09/07/2016 | 🔒 | (Court only) ***Mailing Notice - Notation Order dated 9/6/2016 re Order on Motion for Reconsideration has been mailed by the Clerks Office by regular mail this date, to to the Petitioner at the address on the docket sheet. (jg) (Entered: 09/07/2016) |
| 09/19/2016 | 148 | MOTION FOR RECONSIDERATION FOR BOND re 143 , 147 by Pierre O Colquitt as to Pierre O Colquitt. (kma) (Entered: 09/19/2016) |
| 09/19/2016 | 🔒 | (Court only) ***Mailing Notice - A file stamped copy of re 148 MOTION for Reconsideration for Bond filed by Pierre O Colquitt has been mailed by the Clerks Office by regular mail to Pierre O Colquitt, Federal Correctional Institution, P.O. Box 6000, Glenville, WV 26351. re 143 , re 147 (kma) Modified on 9/20/2016 (kma). (Entered: 09/19/2016) |
| 09/19/2016 | | Notation ORDER denying 148 Motion for Reconsideration as to Pierre O Colquitt (1). Signed by Magistrate Judge Michael R. Merz on 9/19/2016. (MRM) (Entered: 09/19/2016) |
| 09/20/2016 | 🔒 | (Court only) ***Mailing Notice - A copy of the Notation Order Denying 148 Motion for Reconsideration for Bond has been mailed by the Clerks Office by regular mail to Pierre O Colquitt, 44947-061, Federal Correctional Institution, P.O. Box 6000, Glenville, WV 26351. (kma) (Entered: 09/20/2016) |

| | | |
|---|---|---|
| 10/25/2016 | 149 | DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. # 133 ) AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. # 139 ); OVERRULING DEFENDANT'S OBJECTIONS THERETO (DOCS. ## 137 AND 140 ); OVERRULING DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (DOC. # 131 ); DENYING CERTIFICATE OF APPEALABILITY AND LEAVE TO APPEAL IN FORMA PAUPERIS; CASE TO REMAIN TERMINATED ON DOCKET as to Pierre O Colquitt Signed by Judge Walter H. Rice on 10/24/16. (pb)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 10/25/2016) |
| 11/10/2016 | 150 | MOTION for Reconsideration of Bond, 2255, and Precedent re 143 , 147 , 148 by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Pro Se Letter) (kma) (Entered: 11/10/2016) |
| 11/14/2016 | 151 | REPORT AND RECOMMENDATIONS ON MOTION FOR RECONSIDERATION - Defendant's Motion for Reconsideration (ECF No. 150) should be denied. Objections to R&R due by 12/1/2016 Signed by Magistrate Judge Michael R. Merz on 11/11/2016. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 11/14/2016) |
| 11/23/2016 | 152 | OBJECTION TO REPORT AND RECOMMENDATIONS 151 by Pierre O Colquitt (jmb) (Entered: 11/23/2016) |
| 12/01/2016 | 153 | SUPPLEMENTAL OBJECTIONS TO REPORT AND RECOMMENDATIONS ON MOTION FOR RECONSIDERATION 151 by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Exhibits) (kma) (Entered: 12/01/2016) |
| 12/01/2016 | 🔒 | (Court only) ***Mailing Notice - Document number re 153 Objection to Report and Recommendations has been mailed by the Clerks Office by regular mail to Pierre O Colquitt, 44947-061, Federal Correctional Institution,P.O. Box 6000, Glenville, WV 26351. (kma) (Entered: 12/01/2016) |
| 12/09/2016 | 154 | DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. # 151 ); OVERRULING DEFENDANT'S OBJECTIONS (DOC. # 152 ) AND SUPPLEMENTAL OBJECTIONS (DOC. # 153 ) THERETO; OVERRULING DEFENDANT'S "MOTION TO RECONSIDER BOND, 2255 AND PRESCEDENT" (DOC. # 150 ); CASE TO REMAIN TERMINATED ON DOCKET Signed by Judge Walter H. Rice on 12/8/16. (pb)(This document has been sent by |

| | | |
|---|---|---|
| | | regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 12/09/2016) |
| 12/16/2016 | 155 | MOTION for Reconsideration by Pierre O Colquitt as to Pierre O Colquitt. (pb) (Entered: 12/16/2016) |
| 12/19/2016 | 156 | REPORT AND RECOMMENDATIONS ON MOTION FOR RECONSIDERATION OF MOTION TO RECONSIDER as to Pierre O Colquitt - It is respectfully recommended that Defendant's Motion for Reconsideration on Motion to Reconsider 155 be denied. Objections to R&R due by 1/3/2017. Signed by Magistrate Judge Michael R. Merz on 12/17/2016. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 12/19/2016) |
| 01/03/2017 | 157 | OBJECTION TO REPORT AND RECOMMENDATIONS 156 by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Attachments, # 2 Letter to Judge Rice) (srb) (Entered: 01/03/2017) |
| 01/04/2017 | 158 | DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. # 156 ); OVERRULING DEFENDANT'S OBJECTIONS THERETO (DOC. # 157 ); OVERRULING DEFENDANT'S MOTION FOR RECONSIDERATION ON MOTION TO RECONSIDER (DOC. # 155 ); CASE TO REMAIN TERMINATED ON DOCKET Signed by Judge Walter H. Rice on 1/4/17. (kma)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 01/04/2017) |
| 01/13/2017 | 159 | MOTION for Reconsideration re 143 , 147 , 148 150 filed by Pierre O Colquitt by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Print Out of Case, # 2 Administrative Detention Order) (kma) (Entered: 01/13/2017) |
| 01/13/2017 | 🔒 | (Court only) ***Mailing Notice - Document number re 159 MOTION for Reconsideration has been mailed by the Clerks Office by regular mail to Pierre O Colquitt, 44947-061, Federal Correctional Institution, P.O. Box 6000Glenville, WV 26351. (kma) (Entered: 01/13/2017) |
| 01/13/2017 | | Notice of Correction - re 160 which is no longer on the docket was filed in error. Document was deleted by CA and refiled in the correct case. 160 is now a Notation Order by Judge Merz (kma) Modified on 1/17/2017 (pb). (Entered: 01/13/2017) |
| 01/14/2017 | 160 | Notation ORDER striking 159 Motion for Reconsideration as to Pierre O Colquitt (1)as frivolous. The Court has already denied reconsideration on the basis asserted. Further frivoloyusn filings may subject Defendant to sanctions. Signed by Magistrate Judge Michael |

|  |  |  |
|---|---|---|
|  |  | R. Merz on 01/14/2017. (MRM) (Entered: 01/14/2017) |
| 01/19/2017 | 161 | SUPPLEMENTAL MOTION TO MOTION TO RECONSIDER BOTH MOTIONS FOR RECONSIDERATION by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (kma) (Entered: 01/19/2017) |
| 01/19/2017 | 🔒 | (Court only) ***Mailing Notice - Document number re 161 has been mailed by the Clerks Office by regular mail to Pierre O Colquitt, 44947-061, Federal Correctional Institution, P.O. Box 6000, Glenville, WV 26351. (kma) (Entered: 01/19/2017) |
| 01/19/2017 | 162 | Notation ORDER striking 161 Motion to reconsider as to Pierre O Colquitt (1)because it is legally frivolous. Signed by Magistrate Judge Michael R. Merz on 01/19/2017. (MRM) (Entered: 01/19/2017) |
| 01/23/2017 | 163 | MOTION for Reconsideration re 143 , 144 , 147 , 148 , 150 , 155 , 159 , 161 filed by Pierre O Colquitt by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (kma) (Entered: 01/23/2017) |
| 01/23/2017 | 🔒 | (Court only) ***Mailing Notice - Document number re 163 MOTION for Reconsideration has been mailed by the Clerks Office by regular mail to Pierre O Colquitt, 44947-061, Federal Correctional Institution, P.O. Box 6000,Glenville, WV 26351. (kma) (Entered: 01/23/2017) |
| 01/23/2017 | 164 | Notation ORDER striking 163 Motion for Reconsideration as to Pierre O Colquitt (1)as legally frivolous. Signed by Magistrate Judge Michael R. Merz on 01/23/2017. (MRM) (Entered: 01/23/2017) |
| 02/02/2017 | 165 | MOTION for Reconsideration re 143 , 144 , 147 , 148 , 150 , 155 , 159 , 161 , 163 by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (kma) (Entered: 02/02/2017) |
| 02/02/2017 | 🔒 | (Court only) ***Mailing Notice - Document number re 165 MOTION for Reconsideration has been mailed by the Clerks Office by regular mail to Pierre O Colquitt, 44947-061, Federal Correctional Institution, P.O. Box 6000 Glenville, WV 26351. (kma) (Entered: 02/02/2017) |
| 02/02/2017 | 166 | REPORT AND RECOMMENDATION TO DENY MOTION FOR RECONSIDERATION AND SANCTION DEFENDANT FOR FRIVOLOUS FILINGS - Defendant's motion for reconsideration (ECF NO. 165) should be denied. Under Fed. R. Civ. P. 11(c), this Court should order Mr. Colquitt to show cause why his continued filing of motions for reconsideration should not be found to violate Fed. R. Civ. P. 11(b) and why he should not be sanctioned for that conduct by being prohibited from filing further motions for reconsideration. Objections to R&R due by 2/16/2017. Signed by |

| | | |
|---|---|---|
| | | Magistrate Judge Michael R. Merz on 2/2/2017. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 02/02/2017) |
| 02/03/2017 | 167 | MOTION for Reconsideration re 143 , 144 , 147 , 148 , 150 , 155 , 159 , 161 , 163 , 165 .by Pierre O Colquitt as to Pierre O Colquitt. (kma) (Entered: 02/03/2017) |
| 02/03/2017 | 🔒 | (Court only) ***Mailing Notice - Document number re 167 MOTION for Reconsideration has been mailed by the Clerks Office by regular mail to Pierre O Colquitt, 44947-061, Federal Correctional Institution, P.O. Box 6000,Glenville, WV 26351. (kma) (Entered: 02/03/2017) |
| 02/03/2017 | 168 | Notation ORDER striking 167 Motion for Reconsideration as to Pierre O Colquitt (1)as frivolous. Signed by Magistrate Judge Michael R. Merz on 2/3/2017. (MRM) (Entered: 02/03/2017) |
| 02/15/2017 | 169 | OBJECTION TO REPORT AND RECOMMENDATIONS 166 by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Exhibit 1 Yarbrough v Hudson, # 2 Exhibit 2 Rule 11, # 3 Exhibit 3 Fed. R. Civ. P 56 (C)) (kma) (Entered: 02/15/2017) |
| 02/15/2017 | 🔒 | (Court only) ***Mailing Notice - Document number re 169 Objection to Report and Recommendations has been mailed by the Clerks Office by regular mail to Petitioner Pierre O Colquitt, 44947-061, Federal Correctional Institution, P.O. Box 6000, Glenville, WV 26351. (kma) (Entered: 02/15/2017) |
| 03/09/2017 | 170 | DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. # 166 ); OVERRULING DEFENDANT'S OBJECTIONS THERETO (DOC. # 169 ) ; OVERRULING DEFENDANT'S MOTION FOR RECONSIDERATION (DOC. # 165 ); DEFENDANT TO SHOW CAUSE IN WRITING WITHIN 14 DAYS WHY HIS CONDUCT DOES NOT VIOLATE FEDERAL RULE OF CIVIL PROCEDURE 11 (b) AND WHY HE SHOULD NOT BE SANCTIONED UNDER FEDERAL RULE OF CIVIL PROCEDURE 11 (c). Signed by Judge Walter H. Rice on 3/9/17. (pb)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 03/09/2017) |
| 03/09/2017 | | Set/Reset Deadlines as to Pierre O Colquitt: Show Cause Response due by 3/23/2017. (pb) (Entered: 03/09/2017) |
| 03/22/2017 | 171 | RESPONSE TO ORDER TO SHOW CAUSE by Pierre O Colquitt as to Pierre O Colquitt (pb) (Entered: 03/22/2017) |
| 03/23/2017 | 172 | REPORT AND RECOMMENDATIONS ON SHOW CAUSE PROFFER - Mr. Colquitt has failed to show good cause why he |

| | | |
|---|---|---|
| | | should not be sanctioned under Fed. R. Civ. P. 11. It is accordingly recommended that he be prohibited from filing further motions for reconsideration in this case. Objections to R&R due by 4/6/2017. Signed by Magistrate Judge Michael R. Merz on 3/23/2017. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 03/23/2017) |
| 04/04/2017 | 🔒 | (Court only) ***Mailing Notice - Defendant called the court on 4/4/17 for update on his case. Defendant was advised of dn 172 . Defendant advised that he did not has has not received dn 172 Document number re 172 REPORT AND RECOMMENDATIONS as to Pierre O Colquitt has been mailed again on 4/4/17 by the Clerks Office by regular mail to Pierre O Colquitt44947-061 Federal Correctional Institution P.O. Box 6000 Glenville, WV 26351 (pb) (Entered: 04/04/2017) |
| 04/07/2017 | 173 | MOTION for Extension of Time to File Objections to Report and Recommendations New date requested 5/7/2017. by Pierre O Colquitt as to Pierre O Colquitt. (kma) (Entered: 04/07/2017) |
| 04/07/2017 | 🔒 | (Court only) ***Mailing Notice - Document number re 173 MOTION for Extension of Time to File New date requested 5/7/2017. has been mailed by the Clerks Office by regular mail to Pierre O Colquitt, 44947-061, Federal Correctional Institution, P.O. Box 6000, Glenville, WV 26351. (kma) (Entered: 04/07/2017) |
| 04/07/2017 | 174 | Notation ORDER denying 173 Motion for Extension of Time to File as to Pierre O Colquitt (1). Signed by Magistrate Judge Michael R. Merz on 4/7/2017. (MRM) (Entered: 04/07/2017) |
| 04/10/2017 | 🔒 175 | (Court only) ***Mailing Notice - Document number 174 Order on Motion for Extension of Time to File has been mailed by the Clerks Office by regular mail to Petitioner Pierre O Colquitt (jg) (Entered: 04/10/2017) |
| 04/18/2017 | 176 | OBJECTION TO REPORT AND RECOMMENDATIONS ON RESPONSE TO ORDER TO SHOW CAUSE BY PIERRE O. COLQUITT 172 by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Petitioner Titled document as Ex, # 2 Exhibit, # 3 Show Cause Proffer, # 4 Letter to Judge Rice and Judge Merz) (srb) (Entered: 04/18/2017) |
| 04/19/2017 | 177 | DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS ON SHOW CAUSE PROFFER (DOC. # 172 ); OVERRULING DEFENDANT'S OBJECTIONS THERETO (DOC. # 176 ); FINDING THAT DEFENDANT HAS FAILED TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED UNDER FED. R. CIV. P. 11; PROHIBITING DEFENDANT FROM |

| | | |
|---|---|---|
| | | FILING FURTHER MOTIONS FOR RECONSIDERATION IN THIS CASE; FINING DEFENDANT $1,000.00; SAID FINE TO BE SUSPENDED UNLESS DEFENDANT ATTEMPTS TO FILE AN ADDITIONAL MOTION FOR RECONSIDERATION adopting Report and Recommendations re 172 Report and Recommendations as to Pierre O Colquitt (1). Signed by Judge Walter H. Rice on 4/18/17. (pb)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 04/19/2017) |
| 04/26/2017 | 178 | NOTICE OF APPEAL re 177 Order on Report and Recommendations, **(FILING FEE DUE)** by Pierre O Colquitt. (jmb) (Entered: 04/26/2017) |
| 04/26/2017 | 179 | DEFICIENCY ORDER as to Pierre O Colquitt - It is hereby ORDERED that Defendant pay the filing fee of $505.00 not later than May 19, 2017, to the Clerk of this Court, or file by that date with the Sixth Circuit a motion to proceed on appeal in forma pauperis. Signed by Magistrate Judge Michael R. Merz on 4/26/2017. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 04/26/2017) |
| 05/01/2017 | 180 | USCA Case Number as to Pierre O Colquitt 17-3445 for 178 Notice of Appeal - Final Judgment filed by Pierre O Colquitt. Case Manager - Bryant L. Crutcher. (sct) (Entered: 05/02/2017) |
| 05/08/2017 | 🔒 | (Court only) ***Staff Notes as to Pierre O Colquitt: Received in the mail today a Motion for Leave to Proceed *in forma pauperis* from Defendant. Per MRM, motion was forwarded to the Sixth Circuit Court of Appeals pursuant to 179 . (jmb) (Entered: 05/08/2017) |
| 06/30/2017 | 181 | ORDER of USCA (certified copy) as to Pierre O Colquitt re 178 Notice of Appeal - Final Judgment dismissing the appeal for lack of jurisdiction. **Note: No Mandate to issue**. (sct) (Entered: 07/05/2017) |
| 07/27/2017 | 🔒 | (Court only) ***Mailing Notice - Document number re 146 Letter has been mailed by the Clerks Office by regular mail to Pierre O Colquitt44947-061, Federal Correctional Institution, P.O. Box 6000, Glenville, WV 26351. (kma) (Entered: 07/27/2017) |
| 09/05/2017 | 182 | MOTION for Extension of Time to Appeal Order. New date requested 10/5/2017. by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Letter) (kma) (Entered: 09/05/2017) |
| 09/05/2017 | 🔒 | (Court only) ***Mailing Notice - Document number re 182 MOTION for Extension of Time to File New date requested 10/5/2017. has been mailed by the Clerks Office by regular mail to Pierre O Colquitt, 44947-061, Federal Correctional Institution, P.O. Box 6000, Glenville, |

| | | WV 26351. (kma) (Entered: 09/05/2017) |
|---|---|---|
| 09/05/2017 | 183 | Notation ORDER finding as moot 182 Motion for Extension of Time to File Appeal as to Pierre O Colquitt (1). Defendant has already appealed and the Sixth Circuit has dismissed that appeal. Signed by Magistrate Judge Michael R. Merz on 9/5/2017. (MRM) (Entered: 09/05/2017) |
| 09/07/2017 | 🔒 | (Court only) ***Mailing Notice - Document number re 183 Order on Motion for Extension of Time to File, has been mailed by the Clerks Office by regular mail to Pierre O Colquitt, 44947-061, Federal Correctional InstitutionP.O. Box 6000, Glenville, WV 26351. (kma) (Entered: 09/07/2017) |
| 09/07/2017 | 184 | MOTION for Extension of Time to File New date requested 10/7/2017. by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Letter) (kma) (Entered: 09/07/2017) |
| 09/07/2017 | 185 | Notation ORDER finding as moot 184 Motion for Extension of Time to File appeal as to Pierre O Colquitt (1)because Mr. Colquitt already appealed and the court of appeals dismissed the case. Signed by Magistrate Judge Michael R. Merz on 9/7/2017. (MRM) (Entered: 09/07/2017) |
| 09/14/2017 | 🔒 | (Court only) ***Mailing Notice - Document number re 185 Order on Motion for Extension of Time to File, has been mailed by the Clerks Office by regular mail to Defendant Pierre O Colquitt (kpf) (Entered: 09/14/2017) |
| 10/23/2017 | 186 | MOTION for TEMPORARY RESTRAINING ORDERby Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Exhibit 1) (kma) (Entered: 10/23/2017) |
| 10/24/2017 | 187 | REPORT AND RECOMMENDATIONS ON MOTION FOR TEMPORARY RESTRAINING ORDER as to Pierre O Colquitt - Objections to R&R due by 11/7/2017. Signed by Magistrate Judge Michael R. Merz on 10/24/2017. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 10/24/2017) |
| 11/07/2017 | | CLERKS NOTICE: All exhibits and other materials in this case are scheduled to be disposed of by the Clerk in accordance with S.D. Ohio Civ. R. 79.2. If counsel would like to have the exhibits returned, please contact the Clerk of Courts at (937) 512-1400 within 14 days of the date of this entry to make arrangements to pick up the materials. After 14 days the materials will be disposed of by the Clerk in accordance with local rules. (jg) (Entered: 11/07/2017) |

| | | |
|---|---|---|
| 11/16/2017 | 188 | DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS ON MOTION FOR TEMPORARY RESTRAINING ORDER (DOC. # 187 ); OVERRULING DEFENDANT'S MOTION FOR TEMPORARY RESTRAINING ORDER (DOC. # 186 ); CASE TO REMAIN TERMINATED ON DOCKET- Based on the reasoning set forth by United States Magistrate Judge Michael R. Merz in his Report and Recommendations, Doc. # 187 , as well as upon a thorough de novo review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety, and OVERRULES Defendant's Motion for Temporary Restraining Order, Doc. # 186 .The Court notes that, although Defendant was notified of his right to fileObjections to the Report and Recommendations, and of the consequences of failingto do so, no Objections have been filed within the time allotted. The above-captioned case shall remain terminated on the Court's docket. Signed by Judge Walter H. Rice on 11/16/17. (kma)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 11/16/2017) |
| 11/16/2017 | 🔒 | (Court only) ***Mailing Notice - Document number re 188 Order Adopting Report and Recommendations,,,, has been mailed by the Clerks Office by regular mail to Pierre O Colquitt, 44947-061, Federal Correctional InstitutionP.O. Box 6000, Glenville, WV 26351. (kma) (Entered: 11/16/2017) |
| 11/22/2017 | | CLERKS NOTICE: All exhibits and other materials in this case have been disposed of by the Clerk in accordance with Southern District of Ohio Local Rule 79.2. (jg) (Entered: 11/22/2017) |
| 12/04/2017 | 189 | MOTION for Extension of Time to File New date requested 2/5/2018. by Pierre O Colquitt. (Attachments: # 1 Memorandum, # 2 Envelope front postage date, # 3 Envelope back showing when sent from FCI Gilmer) (jmb) (Entered: 12/04/2017) |
| 12/04/2017 | 190 | Notation ORDER finding as moot 189 Motion for Extension of Time to File as to Pierre O Colquitt (1) because Judge Rice has already adopted the Report and Recommendations. Furthermore, the Court is not authorized to appoint counsel at this stage of proceedings to answer Defendant's questions. Signed by Magistrate Judge Michael R. Merz on 12/4/2017. (MRM) (Entered: 12/04/2017) |
| 12/05/2017 | 🔒 | (Court only) ***Mailing Notice - Document number re 190 Order on Motion for Extension of Time to File, has been mailed by the Clerks Office by regular mail to Petitioner Pierre O Colquitt (kpf) (Entered: 12/05/2017) |

| 07/20/2018 | 191 | MOTION for a Status Update by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Mailing Envelope) (kma) (Entered: 07/20/2018) |
|---|---|---|
| 07/20/2018 | 192 | Notation ORDER granting 191 Motion status update as to Pierre O Colquitt (1): the case remains closed on Judge's Rice's Order in November, 2017. Signed by Magistrate Judge Michael R. Merz on 7/20/2018. (MRM) (Entered: 07/20/2018) |
| 07/23/2018 | 🔒 | (Court only) ***Mailing Notice - Document number re 192 Order on Motion for Miscellaneous Relief has been mailed by the Clerks Office by regular mail to the petitioner at the address listed on the docket. (jg) (Entered: 07/23/2018) |
| 09/04/2018 | 193 | NOTICE OF CHANGE OF ADDRESS by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Mailing Envelope) (kma) (Entered: 09/04/2018) |
| 01/25/2019 | 194 | MOTION to Clarifyby Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 part 1, # 2 part 2, # 3 part 3, # 4 part 4, # 5 part 5, # 6 part 6, # 7 part 7, # 8 part 8, # 9 part 9, # 10 part 10, # 11 part 11, # 12 exhibits, # 13 mailing envelope, # 14 mailing envelope-1) (kma) (Entered: 01/25/2019) |
| 01/28/2019 | 195 | REPORT AND RECOMMENDATIONS as to Pierre O Colquitt re 194 MOTION- Entitled- "The Motion" Objections to R&R due by 2/11/2019. Signed by Magistrate Judge Michael R. Merz on 1/28/19. (kma)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 01/28/2019) |
| 01/28/2019 | 🔒 | (Court only) ***Mailing Notice - Document number re 195 REPORT AND RECOMMENDATIONS as to Pierre O Colquitt re 194 MOTION has been mailed by the Clerks Office by regular mail to Pierre O Colquitt, 44947-061MANCHESTER, FEDERAL CORRECTIONAL INSTITUTION, Inmate Mail/Parcels, P.O. BOX 4000MANCHESTER, KY 40962. (kma) (Entered: 01/28/2019) |
| 01/30/2019 | 196 | NOTICE: Exhibits Part 3 of 3 to re 194 MOTION- Entitled- 'The Motion' by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 3-4, # 2 5-6, # 3 Mailing Envelope) (kma) (Entered: 01/30/2019) |
| 02/04/2019 | 197 | OBJECTION TO REPORT AND RECOMMENDATIONS 195 by Pierre O Colquitt. (Attachments: # 1 Exhibit) (jmb) (Additional attachment(s) added on 2/5/2019: # 2 Envelope) (jmb). (Entered: 02/05/2019) |
| 02/06/2019 | 198 | DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS |

| | | |
|---|---|---|
| | | (DOC. # 195 ); OVERRULING DEFENDANT'S OBJECTIONS THERETO (DOC. # 197 ); OVERRULING DEFENDANT'S "MOTION" (DOC. # 194 ); DENYING CERTIFICATE OF APPEALABILITY AND LEAVE TO APPEAL IN FORMA PAUPERIS; CASE TO REMAIN TERMINATED ON DOCKET as to Pierre O Colquitt Signed by Judge Walter H. Rice on 2/6/19. (pb)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 02/06/2019) |
| 02/11/2019 | 199 | OBJECTION TO REPORT AND RECOMMENDATIONS 195 by Pierre O Colquitt- Entitled- Supplemental Objections to the Objections To Report and Recommendations on ' The Motion' (Attachments: # 1 exhibits, # 2 Mailing Envelope) (kma) (Entered: 02/11/2019) |
| 02/12/2019 | 200 | Supplemental Memorandum Supporting re 199 Objection to Report and Recommendations- Entitled- Supplemental to Supplemental Objections to the Report and Recommendations on ' The Motion' by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Mailing Envelope) (kma) (Entered: 02/12/2019) |
| 02/13/2019 | 201 | Supplemental Memorandum Supporting re 200 by Pierre O Colquitt as to Pierre O Colquitt- Entitled- Supplemental to Supplemental to Supplemental Objections to Report and Reccomendations on 'The Motion' (Attachments: # 1 Mailing Envelope) (kma) (Entered: 02/13/2019) |
| 02/14/2019 | 202 | Supplemental Memorandum Supporting re 201 - Entitled- Supplemental to Supplemental to Supplemental to Supplemental Objections to Report and Recommendations on ' The Motion" by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Attachments, # 2 Mailing Envelope) (kma) (Entered: 02/14/2019) |
| 02/15/2019 | 203 | MOTION for Certificate of Appealability re 198 by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 exhibits, # 2 Mailing Envelope) (kma) (Entered: 02/15/2019) |
| 02/15/2019 | 204 | ORDER TO THE CLERK AND FINDING MOTION MOOT. Signed by Magistrate Judge Michael R. Merz on 2/15/2019. (srb)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 02/15/2019) |
| 02/25/2019 | 205 | MOTION for Reconsideration by Pierre O Colquitt. (Attachments: # 1 Mailing Envelope) (kma) (Entered: 02/25/2019) |
| 02/25/2019 | 206 | Notation ORDER denying 205 Motion for Reconsideration as to Pierre O Colquitt (1)because, contrary to Defendant's representation, |

| | | | |
|---|---|---|---|
| | | | this is not a civil suit for racial discrimination, but a criminal case in which Defendant is seeking relief in the nature of habeas corpus under 28 U.S.C. § 2255. Signed by Magistrate Judge Michael R. Merz on 02/25/2019. (MRM) (Entered: 02/25/2019) |
| 02/26/2019 | | 🔒 | (Court only) ***Mailing Notice - Document number 206 has been mailed by the Clerks Office by regular mail to Petitioner Pierre O Colquitt (kpf) (Entered: 02/26/2019) |
| 03/01/2019 | 207 | | Supplemental Memorandum Supporting re 205 MOTION for Reconsideration by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Mailing Envelope) (kma) (Entered: 03/01/2019) |
| 03/05/2019 | 208 | | NOTICE OF APPEAL re 107 (FILING FEE DUE) by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Mailing Envelope) (kma) (Entered: 03/05/2019) |
| 03/06/2019 | 209 | | DEFICIENCY ORDER as to Pierre O Colquitt re 208 Notice of Appeal - Final Judgment filed by Pierre O Colquitt - It is hereby ORDERED that Defendant pay the filing fee of $505.00 not later than March 22, 2019, to the Clerk of this Court, OR file by that date with the Sixth Circuit a motion to proceed on appeal in forma pauperis. The Clerk shall certify a copy of this Order to the Sixth Circuit Court of Appeals. Signed by Magistrate Judge Michael R. Merz on 3/6/19. (pb)(COA)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 03/06/2019) |
| 03/06/2019 | | 🔒 | (Court only) ***Mailing Notice - Document number re 209 Order,, has been mailed by the Clerks Office by regular mail to Sixth Circuit Court of Appeals, Cincinnati, Ohio, by regular mail through clerk (pb) (Entered: 03/06/2019) |
| 03/06/2019 | 210 | | MOTION to Stay of Mandate by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 attachments 1-20, # 2 mailing envelope) (kma) (Entered: 03/06/2019) |
| 03/06/2019 | 211 | | Notation ORDER denying 210 Motion stay the mandate as to Pierre O Colquitt (1): any such motion must be filed in the Court of Appeals. Signed by Magistrate Judge Michael R. Merz on 03/05/2019. (MRM) (Entered: 03/06/2019) |
| 03/07/2019 | 212 | | Supplemental Memorandum Supporting re 208 Notice of Appeal - Final Judgment by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Mailing Envelope) (kma) (Entered: 03/07/2019) |
| 03/08/2019 | 213 | | Supplemental Memorandum Supporting re 210 MOTION TO STAY OF MANDATE by Pierre O Colquitt as to Pierre O Colquitt (jg) (Entered: 03/08/2019) |

| 03/11/2019 | 214 | MOTION for Leave to Appeal In Forma Pauperis by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Exhibit, # 2 Exhibit Envelope, # 3 Mailing Envelope) (kma) (Entered: 03/11/2019) |
| --- | --- | --- |
| 03/11/2019 | 215 | Notation ORDER denying 214 Motion for Leave to Appeal In Forma Pauperis as to Pierre O Colquitt (1) because District Judge Rice has already determined that an appeal would be objectively frivolous. Signed by Magistrate Judge Michael R. Merz on 3/11/2019. (MRM) (Entered: 03/11/2019) |
| 03/11/2019 | 217 | USCA Case Number as to Pierre O Colquitt 19-3179 for 208 Notice of Appeal - Final Judgment; case manager Jill Colyer, 513-564-7024. (er) (Entered: 03/12/2019) |
| 03/12/2019 | 216 | Supplemental Memorandum Supporting re 214 MOTION for Leave to Appeal In Forma Pauperis by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Mailing Envelope) (kma) (Entered: 03/12/2019) |
| 03/15/2019 | 🔒 | (Court only) ***Mailing Notice - Document numbers 211 and 215 have been mailed by the Clerks Office by regular mail to Petitioner Pierre O Colquitt (kpf) (Entered: 03/15/2019) |
| 03/18/2019 | 218 | MOTION for Leave to Appeal In Forma Pauperis by Pierre O Colquitt as to Pierre O Colquitt. (kma) (Entered: 03/18/2019) |
| 03/18/2019 | 219 | Supplemental Memorandum Supporting re 207 : Entitled: Supplemental to Supplemental to Proceed In Forma Pauperis by Pierre O Colquitt as to Pierre O Colquitt (kma) (Entered: 03/18/2019) |
| 03/18/2019 | 220 | Supplemental Memorandum Supporting re 214 218 : Entitled-Supplemental to Motion for Pauper Status on Appeal by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Mailing Envelope) (kma) (Entered: 03/18/2019) |
| 03/18/2019 | 221 | MOTION for Leave to Appeal In Forma Pauperis by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Mailing Envelope) (kma) (Entered: 03/18/2019) |
| 03/18/2019 | 222 | MOTION re 208 : Entitled Motion for Filing Fee Due by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 Mailing Envelope, # 2 Attachment 1, # 3 Attachement 2) (kma) (Entered: 03/18/2019) |
| 03/18/2019 | 🔒 | (Court only) ***Staff Notes as to Pierre O Colquitt: CA received several documents in the mail and also some documents from petitioner, who came in person to the clerk's office. Petitioner stated that some of the documents filed had exhibits and other documents that were still on their way in the mail. CA is filing documents as they are received in the mail. (kma) (Entered: 03/18/2019) |

| 03/18/2019 | 🔒 | (Court only) ***Staff Notes as to Pierre O Colquitt: CA removed attachment 2 from document 222 because it was a document to be filed in another case. (kma) (Entered: 03/18/2019) |
|---|---|---|
| 03/18/2019 | 223 | Notation ORDER finding as moot 218 Motion for Leave to Appeal In Forma Pauperis as to Pierre O Colquitt (1): Judge Rice has alrezdy certified any appeal would be objectively frivolous. Signed by Magistrate Judge Michael R. Merz on 03/18/2019. (MRM) (Entered: 03/18/2019) |
| 03/18/2019 | 224 | Notation ORDER finding as moot 221 Motion for Leave to Appeal In Forma Pauperis as to Pierre O Colquitt (1): Judge Rice has already certified any appeal would be objectively frivolous. Signed by Magistrate Judge Michael R. Merz on 03/18/2019. (MRM) (Entered: 03/18/2019) |
| 03/18/2019 | 225 | Notation ORDER finding as moot 222 Motion appeal in forma pauperis as to Pierre O Colquitt (1): Judge Rice has already found any appeal would be objectively frivolous. Signed by Magistrate Judge Michael R. Merz on 03/18/2019. (MRM) (Entered: 03/18/2019) |
| 03/19/2019 | 226 | MOTION for Leave to Appeal In Forma Pauperis by Pierre O Colquitt as to Pierre O Colquitt. (Attachments: # 1 attachment to page 6, # 2 Mailing Envelope) (kma) (Entered: 03/19/2019) |
| 03/19/2019 | 227 | Supplemental Memorandum Supporting re 220 Entitled: Supplemental to Supplemental to Motion for Leave to Proceed on Appeal In Forma Pauperis by Pierre O Colquitt as to Pierre O Colquitt (kma) (Entered: 03/19/2019) |
| 03/19/2019 | 228 | Notation ORDER finding as moot 226 Motion for Leave to Appeal In Forma Pauperis as to Pierre O Colquitt (1): Judge Rice has already certified any appeal would be objectively frivolous. Signed by Magistrate Judge Michael R. Merz on 03/19/2019. (MRM) (Entered: 03/19/2019) |
| 03/20/2019 | 229 | MOTION FOR RECONSIDERATION by Pierre O Colquitt as to Pierre O Colquitt. (srb) (Entered: 03/20/2019) |
| 03/20/2019 | 230 | Supplemental Memorandum Supporting re 226 Entitled: Supplemental to MOTION for Leave to Appeal In Forma Pauperis by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Mailing Envelope) (kma) (Entered: 03/20/2019) |
| 03/20/2019 | 231 | Notation ORDER denying 229 Motion for Reconsideration as to Pierre O Colquitt (1). Signed by Magistrate Judge Michael R. Merz on 3/20/2019. (MRM) (Entered: 03/20/2019) |
| 03/21/2019 | 232 | Supplemental Memorandum Supporting re 229 MOTION for Reconsideration by Pierre O Colquitt as to Pierre O Colquitt (kma) |

| | | | |
|---|---|---|---|
| | | | (Entered: 03/21/2019) |
| 03/22/2019 | | 233 | NOTICE OF CHANGE OF ADDRESS by Pierre O Colquitt as to Pierre O Colquitt (srb) (Entered: 03/22/2019) |
| 03/22/2019 | | 234 | Supplemental Memorandum Supporting: Entitled- Filing Fee Due by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Exhibits 1-3, # 2 Exhibit 4, # 3 Mailing Envelope) (kma) (Entered: 03/22/2019) |
| 03/25/2019 | 🔒 🔒 | 235 | (Court only) ***Mailing Notice - Mail Returned. - Not Deliverable as addressed. Document number 226 This is from a Columbus address, has been forwarded to his Springfield address. (jmb) Modified on 3/26/2019 (jmb). (Entered: 03/25/2019) |
| 03/26/2019 | | 236 | Supplemental Memorandum Supporting re 229 MOTION for Reconsideration by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Envelope) (jmb) (Entered: 03/26/2019) |
| 03/26/2019 | | 237 | Supplemental to Supplemental Memorandum Supporting re 229 MOTION for Reconsideration by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Envelope) (jmb) (Entered: 03/26/2019) |
| 03/26/2019 | | 238 | Supplemental Memorandum Supporting re 222 MOTION re 208 Notice of Appeal - Final Judgment by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Exhibit 1) (pb) (Entered: 03/26/2019) |
| 03/27/2019 | | 239 | SUPPLEMENTAL TO SUPPLEMENTAL TO MOTION FOR FILING FEE DUE by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Exhibit 1-5) (srb) (Entered: 03/27/2019) |
| 03/28/2019 | | 240 | SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENTAL TO MOTION FOR RECONSIDERATION by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Exhibit 1-3) (srb) (Entered: 03/28/2019) |
| 03/28/2019 | | 241 | SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENT TO MOTION FOR RECONSIDERATION by Pierre O Colquitt as to Pierre O Colquitt (srb) (Entered: 03/28/2019) |
| 03/29/2019 | 🔒 | | (Court only) ***Mailing Notice - Document numbers 223, 224, 225, 228 and 231 have been mailed by the Clerks Office by regular mail to Petitioner Pierre O Colquitt (kpf) (Entered: 03/29/2019) |
| 03/29/2019 | | 242 | SUPPLEMENT TO SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENTAL TO MOTION FOR RECONSIDERATION by Pierre O Colquitt as to Pierre O Colquitt (srb) (Entered: 03/29/2019) |
| 03/29/2019 | | 243 | SUPPLEMENT TO SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENTAL TO |

|  |  |  | SUPPLEMENTAL TO MOTION FOR RECONSIDERATION by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Exhibit 1-10) (srb) (Entered: 03/29/2019) |
|---|---|---|---|
| 04/01/2019 |  | 244 | Supplemental Memorandum Supporting re 229 MOTION for Reconsideration by Pierre O Colquitt as to Pierre O Colquitt (pb) (Entered: 04/01/2019) |
| 04/02/2019 |  | 245 | Supplemental Memorandum Supporting re 229 MOTION for Reconsideration by Pierre O Colquitt as to Pierre O Colquitt (pb) (Entered: 04/02/2019) |
| 04/02/2019 |  | 246 | ORDER TO SHOW CAUSE - Pursuant to Fed.R.Civ.P. 11(b)(3) it is accordingly ORDERED that Defendant show cause in writing not later than April 15, 2019, why he should not be sanctioned for these repetitive filings. Signed by Magistrate Judge Michael R. Merz on 4/2/2019. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 04/02/2019) |
| 04/03/2019 |  | 247 | RESPONSE TO ORDER TO SHOW CAUSE by Pierre O Colquitt as to Pierre O Colquitt (pb) (Entered: 04/03/2019) |
| 04/04/2019 |  | 248 | Supplemental Memorandum by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Exhibits 1-4) (kma) (Entered: 04/04/2019) |
| 04/05/2019 | ⬚ | 249 | REPORT AND RECOMMENDATIONS - It is respectfully recommended that Mr. Colquitt be prohibited from filing any paper in this case without the prior permission of the assigned Magistrate Judge and the Clerk be instructed to refuse for filing from Colquitt any paper which has not been thus approved. Objections to R&R due by 4/19/2019 Signed by Magistrate Judge Michael R. Merz on 4/5/2019. (kpf)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) (Entered: 04/05/2019) |
| 04/05/2019 |  | 250 | OBJECTION TO REPORT AND RECOMMENDATIONS TO RESPONSE TO SHOW CAUSE ORDER by Pierre O Colquitt as to Pierre O Colquitt (Attachments: # 1 Exhibit 1 pages 1-2) (srb) (Entered: 04/05/2019) |
| 04/05/2019 |  | 251 | ORDER of USCA (certified copy) as to Pierre O Colquitt re 208 Notice of Appeal - Final Judgment dismissing cause for want of prosecution. **Note: No Mandate to issue.** (sct) (Entered: 04/08/2019) |
| 04/08/2019 |  | 252 | Supplemental TO OBJECTIONS TO REPORT AND RECOMMENDATIONS TO RESPONSE TO SHOW CAUSE ORDER (Attachments: # 1 Exhibit 1 pages 1-3) (srb) (Entered: 04/08/2019) |

| | | |
|---|---|---|
| 04/09/2019 | 253 | SUPPLEMENTAL TO SUPPLEMENTAL TO OBJECTIONS TO REPORT AND RECOMMENDATIONS TO RESPONSE TO SHOW CAUSE by Pierre O Colquitt as to Pierre O Colquitt (srb) (Entered: 04/09/2019) |
| 04/10/2019 | 254 | SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENTAL TO OBJECTIONS TO REPORT AND RECOMMENDATIONS TO RESPONSE TO SHOW CAUSE ORDER by Pierre O Colquitt as to Pierre O Colquitt (srb) (Entered: 04/10/2019) |
| 04/11/2019 | 🔒 255 | ***STRICKEN ON ORDER OF THE COURT*** SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENTAL TO OBJECTIONS TO REPORT AND RECOMMENDATIONS TO RESPONSE TO SHOW CAUSE ORDER. by Pierre O Colquitt as to Pierre O Colquitt (srb) Modified on 4/12/2019 to strike document upon instruction from chambers (jg). (Entered: 04/11/2019) |
| 04/12/2019 | 256 | Supplemental Supporting- Entitled: Supplemental to Supplemental to Supplemental to Supplemental to Supplemental to Objections to Report and Recommendations to Response to Show Cause Order by Pierre O Colquitt as to Pierre O Colquitt (kma) (Entered: 04/12/2019) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                 Plaintiff,       :     Case No. 3:09-cr-109

                                     District Judge Walter H. Rice

-  vs  -                            Magistrate Judge Michael R. Merz

PIERRE O. COLQUITT,

                 Defendant.      :

---

# REPORT AND RECOMMENDATIONS

---

On April 2, 2019, the Magistrate Judge issued an Order to Show Cause in which Defendant was ordered to show cause why he should not be sanctioned under Fed.R.Civ.P. 11 for persistent and repetitive filing of papers which contain nothing of substance, but repeated the phrase "Def Ex B who told the CI to meet him at 826 W. Pleasant St." (ECF No. 246).

Petitioner responded the very next day with his Response to Order to Show Cause which does nothing more than repeat the same phrase and ask the Court to apply *Haines v. Kerner,* 404 U.S. 519 (1972), and "construe this response liberally." Then on April 4, 2019, filed a Supplemental Response which repeats the Response contents verbatim (ECF No. 248). After his signature, Colquitt writes: "Y'all Welcome."

Colquitt is either contemptuous regarding the Court's concerns about his repetitive filings or unable to understand the waste of judicial resources his filings create. In either event, he has

1

not shown good cause why he should not be sanctioned.  Fed.R.Civ.P. 11(c)(4) cautions the Court

to adopt a sanction "limited to what suffices to deter repletion of the conduct. . . ."  It is respectfully

recommended that Mr. Colquitt be prohibited from filing any paper in this case without the prior

permission of the assigned Magistrate Judge and the Clerk be instructed to refuse for filing from

Colquitt any paper which has not been thus approved.


April 5, 2019.

s/ *Michael R. Merz*
United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to seventeen days because this Report is being served by mail. .Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party=s objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 153-55 (1985).

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION DAYTON

19-3179

PIERRE D. COLQUITT          Case No 3:09-cr-109
          Petitioner-Appellant          3:16-rv-00076
-VS-
UNITED STATES OF AMERICA
          Respondant-Appellee

          Magistrate Judge
          MICHAEL R. MERZ
          Chief Judge
          WALTER H. RICE

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 APR -5 PM 1:43

OBJECTIONS TO REPORT AND RECOMMENDAT-
IONS TO RESPONSE TO SHOW CAUSE ORDER

1. I am filing this 999.9 Zillion Dollars 999.9 Zillion times
x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion
999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion
Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9
Zillion times x 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion
999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion
Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.
9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 99-
9.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9
Zillion Dollars 999.9 Zillion times x 999.9 Zillion Doc #249
Ex/ pgs +2 Objections to report and recommendations to resp-
onse to show CAUSE ORDER Def Ex B who told the CI to meet

her at 826 W High St. I ask that the court apply the case Haines v Kerner and construe these objections liberally. With that I close.

Lovingly Submitted by Rainmaker
Pierre Orlandeyombre Colquitt Esq.
P. O. Colt'tt Esq.

Loving Memory For My MOM DEBORAH "QUICK" COLQUITT Left US 18 YEARS AGO TODAY. LOVE + MISS YOU!!

Case: 3:09-cr-00109-WHR-MRM Doc #: 250-1 Filed: 04/05/19 Page: 1 of 2 PAGEID #: 2753

*Ex 1 pgs 1-2*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,     :    Case No. 3:09-cr-109

                  District Judge Walter H. Rice
  -  vs  -            Magistrate Judge Michael R. Merz

PIERRE O. COLQUITT,

        Defendant.     :

---

## REPORT AND RECOMMENDATIONS

---

On April 2, 2019, the Magistrate Judge issued an Order to Show Cause in which Defendant was ordered to show cause why he should not be sanctioned under Fed.R.Civ.P. 11 for persistent and repetitive filing of papers which contain nothing of substance, but repeated the phrase "Def Ex B who told the CI to meet him at 826 W. Pleasant St." (ECF No. 246).

Petitioner responded the very next day with his Response to Order to Show Cause which does nothing more than repeat the same phrase and ask the Court to apply *Haines v. Kerner*, 404 U.S. 519 (1972), and "construe this response liberally." Then on April 4, 2019, filed a Supplemental Response which repeats the Response contents verbatim (ECF No. 248). After his signature, Colquitt writes: "Y'all Welcome."

Colquitt is either contemptuous regarding the Court's concerns about his repetitive filings or unable to understand the waste of judicial resources his filings create. In either event, he has

1

not shown good cause why he should not be sanctioned. Fed.R.Civ.P. 11(c)(4) cautions the Court

to adopt a sanction "limited to what suffices to deter repletion of the conduct. . . ." It is respectfully

recommended that Mr. Colquitt be prohibited from filing any paper in this case without the prior

permission of the assigned Magistrate Judge and the Clerk be instructed to refuse for filing from

Colquitt any paper which has not been thus approved.

April 5, 2019.

s/ *Michael R. Merz*
United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the
proposed findings and recommendations within fourteen days after being served with this Report
and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to seventeen days
because this Report is being served by mail. .Such objections shall specify the portions of the
Report objected to and shall be accompanied by a memorandum of law in support of the objections.
If the Report and Recommendations are based in whole or in part upon matters occurring of record
at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or
such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless
the assigned District Judge otherwise directs. A party may respond to another party=s objections
within fourteen days after being served with a copy thereof. Failure to make objections in
accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F.2d
947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 153-55 (1985).

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION DAYTON

19-3179

PIERRE D. COLQUITT                          Case No 3:09-cr-109
   Petitioner-Appellant                   3:1L-cv-00076
-vs-
UNITED STATES OF AMERICA
   Respondant-Appellee

2019 APR -8

Magistrate Judge
MICHAEL R. MERZ
Chief Judge
WALTER H. RICE

SUPPLEMENTAL TO OBJECTIONS TO REPORT
AND RECOMMENDATIONS TO RESPONSE TO SH-
OW CAUSE ORDER

1. I am filing this 999.9 Zillion Dollars 999.9 Zillion times X 99.
9.9 Zillion 9999 Zillion Dollars 999.9 Zillion times X 999.9 Zillion
999.9 Zillion Dollars 999.9 Zillion times X 999.9 Zillion 999.9 Zillion
Dollars 999.9 Zillion times X 999.9 Zillion 999.9 Zillion Dollars 999.9
Zillion times X 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion time-
s X 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times X 999.9
Zillion 999.9 Zillion Dollars 999.9 Zillion times X 999.9 Zillion
999.9 Zillion Dollars 999.9 Zillion times X 999.9 Zillion 9999 Zilli-
on Dollars 999.9 Zillion times X 9999 Zillion 999.9 Zillion
Dollars 999.9 Zillion times X 999.9 Zillion 9999 Zillion Dollars
999.9 Zillion times X 9999 Zillion  Exl pgs 1-3 for the courts mistake

Supplemental to ~~response to~~ objections to report and recommen-
dations to response to SHOW CAUSE order Def E&B who told the
CI to meet him at 826 Pleasant St. I ask that the court app-
ly the case Haines v Kerner and construe this supplemental
liberally. With that I close.

Revengefully Submitted By
Rainmaker Pierre Orlanderyombre
Colquitt Esq.
Pierre O. Colquitt Esq.

FOR OUR FAMILIES

Standing Ovation.

*Ex 1 pgs 1-3*

Pierre O Colquitt
321 West Jefferson Street
Springfield, OH 45506



## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 05, 2019

Pierre O. Colquitt
Alvis House
1755 Alum Creek Drive
Columbus, OH 43207

Mr. Brent G. Tabacchi
Office of the U.S. Attorney
200 W. Second Street
Suite 600
Dayton, OH 45402

Re:  Case No. 19-3179, *Pierre Colquitt v. USA*
Originating Case No. : 3:16-cv-00076 : 3:09-cr-00109-1

Dear Mr. Colquitt and Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jill Colyer
Case Manager
Direct Dial No. 513-564-7024

cc:  Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 19-3179

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

PIERRE O. COLQUITT

       Petitioner - Appellant

v.

UNITED STATES OF AMERICA

       Respondent - Appellee

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

> The proper fee was not paid or a motion for pauper status was not filed by March 22, 2019.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: April 05, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION DAYTON

19-3179

PIERRE D. COLQUITT                    Case No 3:09-cr-109
          Petitioner-Appellant              3:16-cv-00076
-VS-
UNITED STATES OF AMERICA
          Respondant-Appellee

                         Magistrate Judge
                         MICHAEL R. MERZ
                         Chief Judge
                         WALTER H. RICE


SUPPLEMENTAL TO SUPPLEMENTAL TO OBJEC-
TIONS TO REPORT AND RECOMMENDATIONS TO
RESPONSE TO SHOW CAUSE ORDER


1. I am filing this 999.9 Zillion Dollars 999.9 Zillion times x
999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999-
.9 Zillion Dollars 999.9 Zillion times X 999.9 Zillion 999.9 Zillion Doll-
ars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zilli-
on times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x
999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion
999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion
Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9
Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times
x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9
Zillion supplemental to objections to report and recommenda-

tions to response to SHOW CAUSE order Def Ex B who told the CI to meet her at 826 W High St. I ask that the court apply the case Haines v Kerner and construe this supplemental liberally. With that I close.

Honorablely Submitted by
Rainmaker Pierre Orlandeyorn
bre Colquitt Esq.
Pierre O. Colquitt Esq.

FAMILY OVER EVERYTHING
WE ALL RELATED

ANYTHING

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION DAYTON

19-3179

PIERRE D. COLQUITT          Case No 3:09-cr-109

        Petitioner-Appellant          19-cv-00076

-Vs-

UNITED STATES OF AMERICA
        Respondant-Appellee

                    Magistrate Judge
                    MICHAEL R. MERZ
                    Chief Judge
                    WALTER H. RICE

SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEM-
ENTAL TO OBJECTIONS TO REPORT AND RECOM-
MENDATIONS TO RESPONSE TO SHOW CAUSE
ORDER

1. I am filing this 999.9 Zillion Dollars 999.9 Zillion times
x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion
999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Doll-
ars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion
times x 999.9 Zillion 999.9. Zillion Dollars 999.9 Zillion times x 999.9 Zill-
ion 999.9 Zillion Dollars 999.9 Zillion times x999.9 Zillion 999.9 Zillion
Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zill-
ion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9
Zillion to 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9
Zillion Dollars 999.9 Zillion times x 999.9 Zillion for the courts mistake

supplemental to objections to report and recommendations to response to SHOW CAUSE order Def Ex B who told the CI to meet him at 826 W Pleasant St. I ask that the court apply the case Haines v Kerner and construe this supplemental liberally. With that I close.

Greatfully Submitted By
Rainmaker Pierre Orlandeyombre
Colquitt Esq
Pierre O. Colquitt Esq.

FAMILY

EVERYTHING

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION DAYTON

19-3179

PIERRE D. COLQUITT                    Case No 3:09-cr-109
         Petitioner-Appellant              3:16-cv-00076

-VS-

UNITED STATES OF AMERICA
         Respondant-Appellee

FILED
RICHARD E. NAGEL
CLERK OF COURT

2019 APR 11 PM 1:01

U.S. DISTRICT COURT
SOUTHERN DIVISION

Magistrate Judge
MICHAEL R. MERZ
Chief Judge
WALTER H. RICE

SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLE-
MENTAL TO SUPPLEMENTAL TO OBJECTIONS
TO REPORT AND RECOMMENDATIONS TO RESPONSE
TO SHOW CAUSE ORDER

stricken;
Rice
4-12-19

1. I am filing this 999.9 Zillion Dollars 999.9 Zillion times
x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9
Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9
Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 9-
99.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 99-
9.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars
999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times
x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 99-
9.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Doll-
ars 999.9 Zillion times x 999.9 Zillion Supplemental to objections to re-

port and recommendations to response to SHOW CAUSE order Def ExB who told the CI to meet her at 826 High St. I ask that the court apply the case Haines v Kerner and construe this supplemental liberally. With that I close.

Crushing Submitted By Rainmaker
Pierre Orlandeyombre Colquitt Esq.
Pierre O. Colf H Esq.

VALUE FAMILY

REMEMBER

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF OHIO
WESTERN DIVISION DAYTON

19-3179

PIERRE D. COLQUITT          Case No 3:09-cr-109
        Petitioner-Appellant        3:16-cv-00076
-VS-
UNITED STATES OF AMERICA
        Respondant-Appellee

Magistrate Judge
MICHAEL R. MERZ
Chief Judge
WALTER H. RICE

RICHARD W. NAGEL
CLERK OF COURT

2019 APR 12  PM 2:00

U.S. DISTRICT COURT
SOUTHERN DIST OHIO

SUPPLEMENTAL TO SUPPLEMENTAL TO SUPPLEMENT-
AL TO SUPPLEMENTAL TO SUPPLEMENTAL TO OB-
JECTIONS TO REPORT AND RECOMMENDATIONS
TO RESPONSE TO SHOW CAUSE ORDER

1. I am filing this 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion ti-mes x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion 999.9 Zillion Dollars 999.9 Zillion times x 999.9 Zillion for the courts mist-

ake supplemental to objections to report and recommendations to response to SHOW CAUSE ORDER Def EXB who told the CI to meet him at 826 W Pleasant St. I ask that the court apply the case Haines x Kerner and construe this supplemental liberally. With that I close.

Honestly Submitted By Rainmaker
Pierre Orlandeyombre Colquitt Esq.
Puell. Cl. H Esq.

FAMILY FIRST

TRUST