IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

PIERRE O. COLQUITT,

        Defendant.

:
:
:
:
:

Case No.   3:09cr109

JUDGE WALTER H. RICE

---

AMENDED DECISION AND ENTRY OVERRULING DEFENDANT'S
OBJECTIONS (DOC. #259) TO MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATIONS (DOC. #258) AND ADOPTING REPORT AND
RECOMMENDATIONS

---

Based upon the entire history of this Section 2255 Motion seeking an order of the Court

vacating his sentence, etc., as well as upon a thorough reading of the Defendant's Objections

(Doc. #259) to the Magistrate Judge's Report and Recommendations of April 19, 2019 (Doc.

#258), said Objections are OVERRULED in their entirety and the Report and Recommendations

are ADOPTED, likewise, in their entirety.

No further filings are to be accepted by the Clerk of Court's Office, without the written

permission of Magistrate Judge Michael R. Merz. While always helpful, the Magistrate Judge is

to prepare no further Report and Recommendations, should said judicial officer deny Defendant

herein the right to file any further matters in the captioned cause. The denial by the Magistrate

Judge will be sufficient to trigger sanctions from the undersigned, pursuant to the Decision and

Entry filed April 12, 2019 (Doc. #257).

May 6, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Magistrate Judge Michael R. Merz
Kelvin Gover, U.S. Probation Officer