# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 3:09-cr-109

                                       District Judge Walter H. Rice
- vs -                              Magistrate Judge Michael R. Merz

PIERRE O. COLQUITT,

        Defendant.    :

## ORDER

For the reasons set forth in the Order Striking Motion (ECF No. 275), the following filings are STRICKEN: ECF Nos. 625 through 641.

March 12, 2020.

                                                s/ *Michael R. Merz*
                                            United States Magistrate Judge