# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

          Plaintiff,     :     Case No. 3:09-cr-109

                               District Judge Walter H. Rice
- vs -                         Magistrate Judge Michael R. Merz

PIERRE O. COLQUITT,

          Defendant.     :

## ORDER

For the reasons set forth in the Order Striking Motion (ECF No. 275), the following filings are STRICKEN: ECF Nos. 653 through 657.

WARNING: Judge Rice has advised the Magistrate Judge that at an in-person conference with Defendant, he advised Defendant that he would arrange for another judge to decide the issue Defendant apparently intends to raise, to wit, whether there is a mistaken finding of fact in a prior order of this Court. Judge Rice made that representation contingent on Defendant's ceasing to file frivolous motions and memoranda. Despite that conference, Defendant has continued to file the same repetitive frivolous papers in contempt of Judge Rice's Order.

In response to the COVID-19 pandemic, Governor DeWine and State Health Director Acton have issued increasingly stringent orders prescribing extreme social distancing to prevent spread of the virus. In defiance of those Orders, Defendant continues to come in person to the

Walter H. Rice Federal Building and United States Courthouse to file his frivolous papers, thereby committing not only contempt of court, but displaying contempt for his fellow citizens. **DEFENDANT IS WARNED IN THE STRONGEST POSSIBLE TERMS THAT HIS CONTINUED BEHAVIOR IN THIS MANNER EXPOSES HIM TO SUBSTANTIAL CRIMINAL PENALTIES FOR CONTEMPT.**

March 26, 2020.

s/ *Michael R. Merz*
United States Magistrate Judge
