# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff,        :       Case No. 3:09-cr-109

                                            District Judge Walter H. Rice

-   vs   -                      Magistrate Judge Michael R. Merz

PIERRE O. COLQUITT,

                Defendant.        :

---

## ORDER

---

For the reasons set forth in the Order Striking Motion (ECF No. 275), the following filings are STRICKEN: ECF Nos. 659 through 665.

April 2, 2020.

                                 s/ *Michael R. Merz*
                             United States Magistrate Judge