# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,   :   Case No. 3:09-cr-109

        District Judge Walter H. Rice
- vs -         Magistrate Judge Michael R. Merz

PIERRE O. COLQUITT,

        Defendant.   :

## ORDER

For the reasons set forth in the Order Striking Motion (ECF No. 275), the following filings are STRICKEN: ECF Nos. 667 through 676.

April 13, 2020.

        s/ *Michael R. Merz*
        United States Magistrate Judge