# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 3:09-cr-109

                    District Judge Walter H. Rice
- vs -                 Magistrate Judge Michael R. Merz

PIERRE O. COLQUITT,

        Defendant.    :

## ORDER

For the reasons set forth in the Order Striking Motion (ECF No. 275), the following filings are STRICKEN: ECF Nos. 685 through 694.

April 27, 2020.

                                      s/ *Michael R. Merz*
                                      United States Magistrate Judge