# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff,    :    Case No. 3:09-cr-109

                                    District Judge Walter H. Rice
- vs -                               Magistrate Judge Michael R. Merz

PIERRE O. COLQUITT,

                Defendant.    :

## ORDER

For the reasons set forth in the Order Striking Motion (ECF No. 275), the following filings are STRICKEN: ECF Nos. 696 through 709.

May 5, 2020.

                                                    s/ *Michael R. Merz*
                                              United States Magistrate Judge