IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

Plaintiff,

v. :

PIERRE O. COLQUITT,

Defendant. :

Case No. 3:09-CR-109

JUDGE WALTER H. RICE

---

ENTRY OVERRULING AS MOOT DEFENDANT'S MOTION TO DISMISS DETAINER (DOC. #795); OVERRULING AS MOOT DEFENDANT'S MOTION FOR TELEPHONE CONFERENCE (DOC. #801); OVERRULING AS MOOT DEFENDANT'S MOTION TO RECONSIDER (DOC. #814); OVERRULING AS MOOT DEFENDANT'S MOTION FOR COPIES OF PRIOR FILINGS AND FUTURE RULINGS (DOC. #815); AND OVERRULING DEFENDANT'S MOTION TO SHOW CAUSE (DOC. #816)

---

Defendant Pierre O. Colquitt ("Defendant") filed several motions in this case in late 2023 and early 2024. Among those motions are: (1) a Motion to Dismiss Detainer (Doc. #795); (2) a Motion for Telephone Conference (Doc. #801); (3) a nunc pro tunc Motion to Reconsider seeking the Court to reconsider its denial of a previous motion for evidentiary hearing[1] (Doc. #814); (4) a Motion for Copies of Prior Filings and Future Filings (Doc. #815); and (5) a Motion for Show Cause Order (Doc.

[1] The Court's original denial of Defendant's motion for an evidentiary hearing is at Doc. #784.

#816). The Court believes all five of these motions are now moot in light of the proceedings which have occurred since these motions were filed. In particular, the Court convened a telephone conference on April 26, 2024. Additionally, the Sixth Circuit has weighed in and dismissed his direct appellate review stemming from this case. At this point, the Court considers Defendant's case closed.

Defendant's Motion to Dismiss Detainer (Doc. #795) is OVERRULED AS MOOT; Defendant's Motion for Telephone Conference (Doc. #801) is OVERRULED AS MOOT; Defendant's Motion to Reconsider (Doc. #814) is OVERRULED AS MOOT; Defendant's Motion for Copies of Prior Filings and Future Orders (Doc. #815) is OVERRULED AS MOOT; and Defendant's Motion for Show Cause Order (Doc. #816) is OVERRULED AS MOOT.

Date: August 13, 2026

Walter H. Rice

WALTER H. RICE
UNITED STATES DISTRICT JUDGE